# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. F. JOSHUA LOUREIRO, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTORO, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01599-BAM (PC) <br><br> ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS <br><br> **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Ronald W. F. Joshua Loureiro, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

This action was initiated on November 2, 2021. (ECF No. 1.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, together with a certified copy of his inmate trust account statement, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 3, 2021**          /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE

1