| | |
|---|---|
| RONALD W. F. JOSHUA LOUREIRO, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTORO, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01599-AWI-BAM (PC) <br><br> ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT AS MOOT <br><br> (ECF No. 15) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Ronald W. F. Joshua Loureiro, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 2, 2022, the Court screened the complaint and directed Plaintiff to file an amended complaint or a notice of voluntary dismissal within thirty days. (ECF No. 10.) Following an extension of time, Plaintiff timely filed a first amended complaint together with a motion for leave to file an amended complaint on May 5, 2022. (ECF Nos. 15, 16.)

In his motion, Plaintiff requests leave to amend the original complaint to add additional defendants and claims to cure the deficiencies identified by the Court's screening order. (ECF No. 15.) As the Court already granted Plaintiff leave to file a first amended complaint in the Court's March 2, 2022 screening order, the motion is unnecessary.

////

1

Accordingly, Plaintiff's motion to amend, (ECF No. 15), is DENIED as moot. The first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **May 7, 2022**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE