# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. F. JOSHUA LOUREIRO, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTORO, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01599-AWI-BAM (PC) <br><br> ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANT FOR SERVICE OF PROCESS OR SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE <br><br> (ECF No. 20) <br><br> **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Ronald W. F. Joshua Loureiro, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant John Doe hearing officer for denial of due process in violation of the Fourteenth Amendment.

On September 12, 2022, the Court issued an order directing Plaintiff to file a motion to substitute the identity of Defendant John Doe that provided the Court will enough information to locate them for service of process. (ECF No. 20.) Plaintiff was warned that failure to comply with the Court's order would result in dismissal of the unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m). (*Id.* at 2.) Plaintiff's written notice identifying this defendant was due on or before

1  December 14, 2022.

2    The deadline for Plaintiff to provide identifying information for Defendant John Doe has
3  expired, and Plaintiff has not filed a response or otherwise communicated with the Court.  As
4  Defendant John Doe is the only remaining defendant in this action, if Plaintiff fails to provide
5  identifying information for Defendant John Doe, this action will be dismissed.

6    Accordingly, IT IS HEREBY ORDERED as follows:

7   1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall file a
8    motion to substitute the identify of Defendant John Doe that provides the Court with
9    enough information to locate the defendant for service of process, or shall show cause in
10   writing why Defendant John Doe should not be dismissed from this action for failure to
11   prosecute; and

12  2. **Plaintiff's failure to comply with this order will result in the dismissal of the**
13   **unidentified defendant from this action for failure to serve with process pursuant to**
14   **Federal Rule of Civil Procedure 4(m), and dismissal of this action, without prejudice,**
15   **for failure to prosecute.**

16
17 IT IS SO ORDERED.

18  Dated:  **January 9, 2023**      /s/ *Barbara A. McAuliffe*
19              UNITED STATES MAGISTRATE JUDGE

2