# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. F. JOSHUA LOUREIRO, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTORO, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01599-AWI-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF DOE DEFENDANT AND DISMISSAL OF ACTION <br><br> (ECF No. 22) |

Plaintiff Ronald W. F. Joshua Loureiro, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant John Doe hearing officer for denial of due process in violation of the Fourteenth Amendment.

On September 12, 2022, the Court issued an order directing Plaintiff to provide the Court with enough information to identify and locate Defendant John Doe for service of process. (ECF No. 20.) Following Plaintiff's failure to file a response or otherwise communicate with the Court, on January 9, 2023, the Court issued an order again directing Plaintiff to file a motion to identify Defendant John Doe, or to show cause in writing why Defendant John Doe should not be dismissed from this action for failure to prosecute. (ECF No. 21.) Plaintiff was warned that failure to comply with the Court's order would result in the dismissal of the unidentified defendant from this action and dismissal of this action, without prejudice, for failure to prosecute. (*Id.* at 2.) Plaintiff did not file a response.

1

On February 16, 2023, the Magistrate Judge issued findings and recommendations recommending that Defendant John Doe be dismissed and this action closed, without prejudice. (ECF No. 22.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections were filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED as follows:

1. The findings and recommendations issued on February 16, 2023, (ECF No. 22), are adopted in full;
2. Defendant John Doe is dismissed, without prejudice;
3. This action is dismissed, without prejudice, for failure to serve defendants pursuant to Federal Rule of Civil Procedure 4(m) and for failure to prosecute; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __March 28, 2023__                           _____
                                                                       SENIOR DISTRICT JUDGE

2